The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TESFAY RUSSOM TESFABRUK, *et. al.*<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | No. C18-0119-RSM<br><br>JOINT STIPULATION AND ORDER GRANTING EXTENSION TO FILE JOINT STATUS REPORT |

The Parties, through undersigned counsel, hereby submit the following joint stipulation and order granting a 60-day extension to file a Joint Status Report in response with this Court's March 12, 2018 Order. ECF No. 6. The Parties state as follows:

1) Plaintiffs Tesfay Russom Tesfabruk and Jaskaran Singh Cheema filed this action on January 25, 2018. Plaintiffs' complaint seeks issuance of a writ of mandamus to compel the U.S. Citizenship and Immigration Services to issue a asylum relative decision (*nunc pro tunc*) after interviews of April 14, 2017, and February 9, 2017 respectively, which interviews were scheduled after the filing of prior actions in this Court.

STIPLUATION AND ORDER RE JOINT STATUS REPORT - 1
(18-cv-0119-RSM)

LAW OFFICES OF BART KLEIN
605 First Avenue South, Suite 500
Seattle, WA 98104
(206) 624-3787

2) Good cause exists for the requested extension. Defendants were not served with the Complaint until April 5, 2018, after the initially scheduled joint status report deadlines had passed. At this point, defense counsel needs additional time to confer with clients prior to discussing the topics required to complete the joint status report. Also, the Parties are actively discussing resolution of this matter and the Parties will comply with all future deadlines imposed by the Court.

3) If the Parties cannot reach a resolution of this matter, the Parties request that the Joint Status Report be due in sixty days, on June 30, 2018.

The Parties further agree that discovery is neither needed nor appropriate. Accordingly, the Parties request that they be relieved of the obligation to provide initial disclosures and engage in a Rule 26(f) conference.

Dated: April 30, 2016

Respectfully submitted,

*s/ Bart Klein*
BART KLEIN WSBA #10909
Law Offices of Bart Klein
WSBA # 10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
Bart.Klein@bartklein.com

*Attorney for Plaintiffs*

United States Attorney's Office

*/s/ Sarah K. Morehead*
Sarah K. Morehead, WSBA #29680
Assistant United States Attorney
United States Department of Justice
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel.: (206) 553-7970
Fax: (206) 553-4073
Email: sarah.morehead@usdoj.gov

*Attorney for Defendants*

STIPLUATION AND ORDER RE JOINT STATUS REPORT - 2
(18-cv-0119-RSM)

LAW OFFICES OF BART KLEIN
605 First Avenue South, Suite 500
Seattle, WA 98104
(206) 624-3787

# ORDER

The parties having so stipulated, the above is SO ORDERED. If this matter is not resolved, the Parties must submit a Joint Status Report by June 30, 2018.

DATED this 1 day of May 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPLUATION AND ORDER RE JOINT STATUS REPORT - 3
(18-cv-0119-RSM)

LAW OFFICES OF BART KLEIN
605 First Avenue South, Suite 500
Seattle, WA 98104
(206) 624-3787