The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TESFAY RUSSOM TESFABRUK & JASKARAN SINGH CHEEMA.<br><br>Plaintiffs,<br><br>vs.<br><br>KIRSTJEN NIELSON, Secretary of Department of Homeland Security; EMILIA BARDINI, Director of the San Francisco Asylum Office of U.S. Citizenship and Immigration Services.<br><br>Defendants. | NO. C18-0119-RSM<br><br>NOTICE OF/MOTION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

COMES NOW, plaintiffs, by and through their attorney of record, and files this Notice of/Motion for Voluntary Dismissal (without prejudice), without

MOTION AND ORDER OF VOLUNTARY DISMISSAL

claim of either party to attorney fees or costs, effective June 4, 2018. There is no opposition to this filing by the Defendants.

Dated this 04th day of June, 2018.

*/s Bart Klein*
BART KLEIN, WSBA # 10909
Law Offices of Bart Klein
605 First Avenue, Suite 500
Seattle, Washington 98104
Phone: (206) 624-3787
Fax: (206) 624-6371
E-mail: bklein@bartklein.com
Attorney for Plaintiff

# ORDER

**IT IS SO ORDERED**.

Dated this 5 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE